# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * | |
| ANNE PISANI, as legal representative of * | |
| ESTATE OF FRANK PISANI,             * | No. 20-1249V |
|                                     * | |
| Petitioner,                         * | |
|                                     * | Special Master Christian J. Moran |
| v.                                  * | |
|                                     * | Filed: March 1, 2024 |
| SECRETARY OF HEALTH                 * | |
| AND HUMAN SERVICES,                 * | |
|                                     * | |
| Respondent.                         * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | |

Anne Carrion Toale, Maglio Christopher and Toale, Sarasota, FL, for petitioner;
Dorian Hurley, U.S. Dep't of Justice, Washington, DC, for respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

Anne Pisani alleged that an influenza vaccine administered to her husband Frank Pisani on October 10, 2018, caused him to suffer from Guillain-Barré syndrome. Pet., filed Sept. 23, 2020.

On February 29, 2024, the parties filed a joint stipulation for dismissal, stating, "The parties hereby stipulate that this action shall be dismissed," and that "Petitioner understands that an order concluding the proceedings under Rule 21(a) will not result in a judgment which would allow the pursuit of a civil claim." J. Stip. ¶ 2-3.

Vaccine Rule 21(a)(1)(B) allows petitioners to engage in a voluntary dismissal by filing a stipulation of dismissal that all parties have signed, which the parties here have done.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Decision will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), the parties have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. Any changes will appear in the document posted on the website.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**.  The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master
